IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: OZEMPIC (SEMAGLUTIDE) PATENT LITIGATION | ) MDL No. 22-MD-3038 (CFC) <br> ) **ANDA CASE** <br> ) <br> ) <br> ) |
| _____ | ) |
| NOVO NORDISK INC. and NOVO NORDISK A/S, | ) <br> ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) C.A. No. 22-1040 (CFC) <br> ) **ANDA CASE** <br> ) |
| MYLAN PHARMACEUTICALS, INC., | ) <br> ) <br> ) |
| Defendant. | ) |

**STIPULATION TO AMEND COMPLAINT**

WHEREAS Plaintiffs Novo Nordisk Inc. and Novo Nordisk A/S (collectively, "Novo Nordisk") seek to amend the Complaint (D.I. 2) to add claims relating to Abbreviated New Drug Application No. 217706;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendant Mylan Pharmaceuticals Inc. ("Mylan") consents to this amendment;

WHEREAS, pursuant to D. Del. L.R. 15.1, Novo Nordisk's proposed First Amended Complaint is attached as Exhibit 1, and a redline showing the changes from the original Complaint is attached as Exhibit 2;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel, subject to the approval of the Court, as follows:

1. Novo Nordisk may amend the Complaint and the Amended Complaint attached hereto as Exhibit 1 is the operative complaint in this Action upon entry of this stipulation as an Order of the Court;

2. The parties will work together to agree on deadlines for the exchange of supplemental or amended Disclosures of Asserted Claims, Noninfringement Contentions, and Infringement Contentions, and to the extent necessary, the exchange of supplemental or amended Disclosures of Asserted Art, Invalidity Contentions, and Responses to Invalidity Contentions, with respect to Abbreviated New Drug Application No. 217706.

3. All other deadlines set forth in the Scheduling Order (*see* D.I. 53, adopting the Scheduling Order entered in C.A. No. 22-294-CFC, D.I. 22) remain unchanged.

4. All counts in the Complaint and the Amended Complaint concerning Mylan and any counterclaims Mylan may bring in response to the Complaint and the Amended Complaint are and remain subject to the Transfer Order of the

United States Judicial Panel on Multidistrict Litigation (*see In re Ozempic (Semaglutide) Patent Litigation*, MDL No 3038, ECF No. 29 (JPML August 5, 2022)), and accordingly shall, upon appropriate motion, be subject to remand to the Northern District of West Virginia following the conclusion of coordinated pretrial proceedings.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | STAMOULIS & WEINBLATT LLP |
| */s/ Travis J. Murray* | */s/ Stamatios Stamoulis* |
| Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>tmurray@morrisnichols.com<br><br>*Attorneys for Plaintiffs Novo Nordisk Inc. and Novo Nordisk A/S* | Stamatios Stamoulis (#4606)<br>Richard C. Weinblatt (#5080)<br>800 N. West Street, Third Floor<br>Wilmington, DE 19801<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com<br><br>*Attorneys for Defendant Mylan Pharmaceuticals Inc.* |

OF COUNSEL:

Jeffrey J. Oelke
Ryan P. Johnson
Robert E. Counihan
Laura T. Moran
Erica R. Sutter
Olivia L. Wheeling
FENWICK & WEST LLP
902 Broadway, Suite 18
New York, NY 10010-6035
(212) 430-2600

James F. Companion
SCHRADER COMPANION DUFF & LAW, PLLC
401 Main Street
Wheeling, WV 26003
(304) 233-3390
jfc@schraderlaw.com

OF COUNSEL:

Brandon M. White
Shannon M. Bloodworth
Jonathon I. Tietz
PERKINS COIE LLP
700 13th Street NW, Suite 800
Washington, DC 20005
bmwhite@perkinscoie.com
SBloodworth@perkinscoie.com
JTietz@perkinscoie.com

Emily J. Greb
Michael R. Laing
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, WI 53703-3095
EGreb@perkinscoie.com
MLaing@perkinscoie.com

Bryan D. Beel
PERKINS COIE LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209
BBeel@perkinscoie.com

Gordon H. Copland, Esquire
William J. O'Brien, Esquire
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
gordon.copland@steptoe-johnson.com
william.obrien@steptoe-johnson.com

5

SO ORDERED, this _____ day of _____, 2023.


_____
The Honorable Colm F. Connolly
Chief United States District Judge