IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: OZEMPIC (SEMAGLUTIDE) PATENT LITIGATION | MDL No. 22-MD-3038 (CFC) **ANDA CASE** |
| NOVO NORDISK INC. and NOVO NORDISK A/S, Plaintiffs, v. RIO BIOPHARMACEUTICALS INC., et al., Defendants. | C.A. No. 22-294 (CFC) CONSOLIDATED **ANDA CASE** |
| NOVO NORDISK INC. and NOVO NORDISK A/S, Plaintiffs, v. MYLAN PHARMACEUTICALS INC., Defendant. | C.A. No. 22-1040 (CFC) **ANDA CASE** |

**JOINT STIPULATION AND ORDER**
**FURTHER AMENDING SCHEDULING ORDER**

**WHEREAS**, Plaintiffs Novo Nordisk Inc. and Novo Nordisk A/S and Defendants Alvogen, Inc., Dr. Reddy's Laboratories, Ltd., Dr. Reddy's

1

Laboratories, Inc., Mylan Pharmaceuticals, Inc., Sun Pharmaceutical Industries Ltd., Sun Pharmaceutical Industries Inc., Rio Pharmaceuticals, Inc., EMS SA, Zydus Worldwide DMCC, Zydus Pharmaceuticals (USA) Inc., and Zydus Lifesciences Limited (collectively, the "Defendants") have agreed, subject to the approval of the Court, to modify certain deadlines set forth in the Scheduling Order (D.I. 22, as amended by D.I. 214, 236).

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned counsel, subject to the approval of the Court, that the following dates set forth in the Scheduling Order, as amended, shall be further amended consistent with the table set forth below:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Final Deadline to Supplement the Preliminary Disclosure of Asserted Claims and Preliminary Disclosure of Prior Art, ¶ 11. | For the '953 and '383 patents, within one week after the Court's ruling on supplemental Markman or agreement by the parties, whichever is earlier. | January 10, 2024 |
| Defendants serve on Plaintiffs a "Final Election of Asserted Prior Art" relating to the '953 and '383 patents, ¶ 23. | Within 4 days after the final deadline to Supplement the Preliminary Disclosure of Asserted Claims and Preliminary Disclosure of Prior Art, or by agreement of the parties. | January 16, 2024 |
| Plaintiffs serve on Defendants a | Within 4 days after the service of Final Election of Asserted Prior | January 19, 2024 |

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| "Final Election of Asserted Claims" relating to the '953 and '383 patents, ¶23. | Art, or by agreement of the parties. | |

No other deadlines set forth in the Scheduling Order, as amended, are altered by way of this stipulation.

Counsel certify that a copy of this stipulation has been sent to their respective clients pursuant to D. Del. LR 16.4.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| */s/ Travis J. Murray* | */s/ Dominick T. Gattuso* |
| Jack B. Blumenfeld (#1014) | Dominick T. Gattuso (#3630) |
| Brian P. Egan (#6227) | 300 Delaware Avenue, Suite 200 |
| Travis J. Murray (#6882) | Wilmington, DE 19801 |
| 1201 North Market Street | (302) 472-7300 |
| P.O. Box 1347 | dgattuso@hegh.law |
| Wilmington, DE 19899 | |
| (302) 658-9200 | *Attorneys for Defendants Dr.* |
| jblumenfeld@morrisnichols.com | *Reddy's Laboratories, Ltd. and Dr.* |
| began@morrisnichols.com | *Reddy's Laboratories, Inc.* |
| tmurray@morrisnichols.com | |
| | |
| *Attorneys for Plaintiffs* | |
| | |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Pilar G. Kraman* | */s/ Sara M. Metzler* |
| Pilar G. Kraman (#5199) | Kelly E. Farnan (#4395) |
| Rodney Square | Sara M. Metzler (#6509) |
| 1000 North King Street | One Rodney Square |
| Wilmington, DE 19801 | 920 North King Street |
| (302) 571-6600 | Wilmington, DE 19801 |
| pkraman@ycst.com | 302-651-7705 |
| | farnan@rlf.com |
| *Attorneys for Defendants Zydus Worldwide DMCC, Zydus Pharmaceuticals (USA) Inc., and Zydus Lifesciences Limited* | metzler@rlf.com |
| | *Attorneys for Defendants Sun Pharmaceutical Industries Ltd. and Sun Pharmaceutical Industries Inc.* |

4

| | |
|---|---|
| MORRIS JAMES LLP | SHAW KELLER LLP |
| */s/ Kenneth L. Dorsney* <br> Kenneth L. Dorsney (#3726) <br> Cortlan S. Hitch (#6720) <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, DE 19801 <br> (302) 888-6800 <br> kdorsney@morrisjames.com <br> chitch@morrisjames.com <br><br> *Attorneys for Defendants Rio Pharmaceuticals, Inc. and EMS S/A* | */s/ Karen E. Keller* <br> Karen E. Keller (#4489) <br> Nathan R. Hoeschen (#6232) <br> Emily S. DiBenedetto (#6779) <br> I.M. Pei Building <br> 1105 North Market Street, <br> 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> kkeller@shawkeller.com <br><br> *Attorneys for Defendant Alvogen, Inc.* |

STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540

*Attorney for Defendant Mylan Pharmaceuticals, Inc.*

Dated: December 13, 2023


SO ORDERED, this _____ day of December, 2023.


_____
CHIEF, UNITED STATES DISTRICT COURT JUDGE